UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 APR 10 AM 11: 58

CLERK
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Civil No. 2:15-cv-78 |
| | ) | |
| 114 PARK AVENUE, 116 PARK AVENUE, AND 117 PARK AVENUE, RUTLAND, VERMONT WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF VERIFIED COMPLAINT OF FORFEITURE

Notice is hereby given that the United States of America on April 10, 2015, filed a Verified Complaint of Forfeiture naming property consisting of a parcel of land with a dwelling thereon, also known as 114 Park Avenue, Rutland, Vermont, with all appurtenances and improvements thereon, more fully described by the Warranty Deed of Daland Potter and Patricia Potter to Ericob Vermont Reality Corp, which was dated and recorded on October 6, 2006, in the City of Rutland land records, Book 533, page 121-122, a property subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a) and in accordance with 18 U.S.C. §§ 983 and 985.

Dated at Burlington, in the District of Vermont, this _10th_ day of April, 2015.

UNITED STATES OF AMERICA

EUGENIA A.P. COWLES
Acting U.S. Attorney

By: _____
JAMES J. GELBER
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802)951-6725